FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-21-00243-CV

Edythe **PRINCE** and Jared Prince,
Appellants

v.

Sharon L. **PETERS**, Individually and Sharon Peters Real Estate Inc.; Christopher Russo, Individually, and Christopher Russo Home Inspections PLLC: The Agency Austin, Inc., d/b/a The Agency San Antonio, n/k/a The Agency Texas, Inc.; Thomas J. Brown; Henry Justin Sheppard; Joseph Keresztury; and Timothy Brown AND CityWorth Mortgage LLC and Its Successors in Interest; and Dep't of Veterans' Affairs Home Loan Program,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-20-0000305
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellants filed a notice of appeal stating their intention to appeal the trial court's June 8, 2021 Order Denying Plaintiffs' Plea to the Jurisdiction. On its face, the trial court's order does not dispose of all claims and all parties, nor does it show that the movants are a governmental unit. *Cf.* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) (authorizing an interlocutory appeal of an order that "grants or denies a plea to the jurisdiction by a governmental unit").

Generally, our appellate jurisdiction is limited to review of final, appealable orders or judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment").

We ORDER Appellants to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.

MICHAEL A. CRUZ, Clerk of Court